IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02420-RPM

NORMAN RIDDLE,

      Plaintiff,

v.

THE WESTERN UNION COMPANY,

      Defendant.
_____

ORDER DENYING MOTION TO DISMISS
_____

      Upon consideration of the complaint, the motion to dismiss under Fed.R.Civ.P. 12(b)(6), filed by the defendant October 26, 2011, plaintiff's brief and response and the defendant's reply, it is

      ORDERED that the motion to dismiss is denied.

      DATED: December 23rd , 2011

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior Judge