IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02420-RPM

NORMAN RIDDLE,

    Plaintiff,
v.

THE WESTERN UNION COMPANY,

    Defendant.
_____

ORDER SETTING SCHEDULING CONFERENCE
_____

Pursuant to D.C.COLO.LCivR 16, it is

ORDERED that a scheduling conference will be held on **February 28, 2012, at 2:30 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at **http://www.cod.uscourts.gov/judges/judges.aspx** (Senior Judge Richard P. Matsch Procedures) and use the format provided with those instructions (Rev. 11/11). The proposed order (original only) on paper, shall be submitted directly to chambers by **4:00 p.m. on February 23, 2012.**

The conference is conducted with lead counsel present in person. No parties or representatives of parties will be permitted to attend.

DATED: January 9th, 2012

                                                              BY THE COURT:

                                                              s/Richard P. Matsch

                                                              _____

                                                              Richard P. Matsch, Senior Judge