**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-02420-RPM

NORMAN RIDDLE

      Plaintiff,

vs.

THE WESTERN UNION COMPANY, a Delaware corporation

      Defendant.

---

**ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO WRITTEN DISCOVERY**

---

The parties' Stipulated Motion for Extension of Time to Respond to Written Discovery is GRANTED. Defendant shall respond to Plaintiff's Interrogatories, Requests for Admission, and Requests for Production (other than Interrogatory No. 2 and Requests for Production Nos. 7 and 8) on or before May 30, 2012. Plaintiff shall respond to Defendant's interrogatories and requests for production on or before June 22, 2012.

Dated: May 1st, 2012.

                                      BY THE COURT:

                                      s/Richard P. Matsch
                                      _____
                                      Richard P. Matsch
                                      Senior United States District Court Judge