IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02420-RPM

NORMAN RIDDLE,

    Plaintiff,

v.

THE WESTERN UNION COMPANY,

    Defendant.

_____

ORDER GRANTING UNOPPOSED MOTION TO AMEND SCHEDULING ORDER
_____

Upon review of Plaintiff's Unopposed Motion to Amend Scheduling Order [23], filed June 23, 2012, it is

ORDERED that the Scheduling Order is amended to provide for the following new deadlines:

| Deadline | Date |
|---|---|
| Designation of expert witnesses and expert disclosures | August 17, 2012 |
| Designation of contracting expert witnesses and disclosures | September 14, 2012 |
| Designation of rebuttal expert witnesses and disclosures | October 5, 2012 |
| Submission of last interrogatories | September 14, 2012 |
| Submission of last requests for production or admissions | September 14, 2012 |
| Discovery cut-off date | October 19, 2012 |
| Potentially dispositive motions | November 16, 2012 |

DATED: June 26th, 2012

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior Judge