IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02420-RPM

NORMAN RIDDLE,

    Plaintiff,

v.

THE WESTERN UNION COMPANY, a Delaware limited liability company,

    Defendant.
_____

ORDER DISMISSING CASE WITH PREJUDICE
_____

    Pursuant to the Stipulation for Dismissal with Prejudice, filed November 21, 2012 [35], it is

    ORDERED that this civil action is dismissed with prejudice and each party to pay his or its own costs and attorneys' fees.

    DATED: November 21st , 2012

                                                BY THE COURT:

                                                s/Richard P. Matsch

                                                _____

                                                Richard P. Matsch, Senior Judge